## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARIA T. VULLO, in her capacity as Liquidator of Health Republic Insurance of New York, Corp., <br><br>          Plaintiff, <br><br>v. <br><br>THE UNITED STATES OF AMERICA, <br><br>          Defendant. | No. 17-1185C <br><br> Judge Victor J. Wolski |

### JOINT STATUS REPORT AND REQUEST TO CONTINUE STAY OF PROCEEDINGS

Pursuant to the Court's May 23, 2018 Order (Dkt. 11), the parties submit this Joint Status Report to advise the Court that, on June 14, 2018, the Federal Circuit issued decisions in *Land of Lincoln Mutual Health Insurance Co. v. United States*, No. 17-1224 (Dkt. 166-1), and *Moda Health Plan, Inc. v. United States*, No. 17-1994 (Dkt. 87-1).  Plaintiff has requested that the United States consent to the continuation of the stay until July 31, 2018, to allow plaintiff to evaluate the effect that those decisions have on this matter, if any.

In order to conserve the resources of the parties and this Court, the parties respectfully request that the Court continue the stay in this case until July 31, 2018.  The parties propose that they be required to file a status report with this Court by July 31, 2018 advising the Court of their respective positions regarding how this matter should proceed.

Dated: June 28, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

RUTH A. HARVEY
Director
Commercial Litigation Branch

KIRK T. MANHARDT
Deputy Director

*/s/Marc S. Sacks*
MARC S. SACKS
FRANCES M. MCLAUGHLIN
PHILLIP M. SELIGMAN
TERRANCE A. MEBANE
L. MISHA PREHEIM
Commercial Litigation Branch
Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044
Tel (202) 307-1104
Fax (202) 514-9163
marcus.s.sacks@usdoj.gov

*Attorneys for the United States*


CLARICK GUERON REISBAUM LLP

*/s/Nicole Gueron*
NICOLE GUERON
GREGORY A. CLARICK
MELISSA C. HOLSINGER
220 Fifth Avenue, 14th Floor
New York, NY 10001
Tel (212) 633-4310

*Attorneys for Plaintiff Maria T. Vullo, in her capacity as Liquidator of Health Republic Insurance of New York, Corp.*