# In the United States Court of Federal Claims

No. 17-1185C
(Filed August 1, 2018)

```
* * * * * * * * * * * * * * * * *
                                *
                                *
MARIA T. VULLO,                 *
                                *
              Plaintiff,        *
                                *
      v.                        *
                                *
THE UNITED STATES,              *
                                *
              Defendant.        *
                                *
                                *
* * * * * * * * * * * * * * * * *
```

## ORDER

The request for a continued stay of proceedings in this matter is **GRANTED**. Accordingly, this matter is **STAYED through November 28, 2018**. The parties shall file a joint status report on or by that date, or within 14 days of the Federal Circuit's action upon the petitions for rehearings in *Land of Lincoln Mutual Health Insurance Company v. United States*, No. 17-1224, and *Moda Health Plan, Inc. v. United States*, No. 17-1994. Either party may request a status conference to discuss the stay at any time.

**IT IS SO ORDERED.**

s/ Victor J. Wolski<br>
**VICTOR J. WOLSKI**<br>
Senior Judge